G. Thomas Martin, III, Esq. (SBN 218456)
Nicholas J. Bontrager, Esq. (SBN 252114)
**MARTIN & BONTRAGER, APC**
4605 Lankershim Blvd., Suite 535
Toluca Lake, CA 91602
Telephone: 323.940.1700
Facsimile: 323.328.8095
tom@mblawapc.com
nick@mblawapc.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| XIAOQUIN LIANG, | Case No.: 2:22-cv-01943-DMG-JPR |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| IQ DATA INTERNATIONAL, INC., | |
| Defendant. | |

NOW COMES Plaintiff, XIAOQUIN LIANG by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal, with prejudice, within sixty (60) days.

---

NOTICE OF SETTLEMENT
-1-

1
2  Date: September 30, 2022                         MARTIN & BONTRAGER, APC
3
4                                                  By:*/s/ G. Thomas Martin, III*
5                                                     G. Thomas Martin, III
                                                      Attorneys for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2022, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Voluntary Dismissal has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.